# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Vince Smith, on behalf of the TCP Diversified Technology Fund ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I am authorized to act on behalf of Plaintiff as the Chief Investment Officer of Temescal Canyon Partners LP. Temescal Canyon Partners LP is Plaintiff's investment advisor and is authorized to act on behalf of Plaintiff in connection with this lawsuit.

3. Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transaction(s) in Gaotu Techedu Inc. f/k/a GSX Techedu Inc. ("Gaotu" or the "Company") which are the subject of this litigation during the class period set forth in the complaint which are set forth in the chart attached hereto.

6. Within the last 3 years, Plaintiff has not sought to serve nor has served as a class representative in any federal securities fraud case.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

Date : 3/10/2023

Name : Vince Smith

Signature :

| Case Name | Gaotu Techedu Inc. F/K/A Gsx Techedu Inc. |
|---|---|
| Ticker | GOTU |
| Class Period | 03-05-2021 to 07-23-2021 |

**Client Name**

TCP Diversified Technology Fund

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 5/18/2021 | P | 5000 | $ 45.0000 |
| 5/19/2021 | P | 5000 | $ 45.0000 |
| 5/21/2021 | P | 11300 | $ 45.0000 |

Options

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Security |
|---|---|---|---|---|
| 4/6/2021 | SO | -213 | GOTU May 21 2021 45.0 PUT | 15.2054 |
| 5/18/2021 | Assignment | 50 | GOTU May 21 2021 45.0 PUT | 0 |
| 5/19/2021 | Assignment | 50 | GOTU May 21 2021 45.0 PUT | 0 |
| 5/21/2021 | Assignment | 113 | GOTU May 21 2021 45.0 PUT | 0 |