# EXHIBIT B

**TCP Diversified Technology Fund**
**Transactions in Gaotu Techedu Inc. F/K/A Gsx**
**Techedu Inc. - GOTU**
**Class Period: 03/05/2021 and 07/23/2021, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to
Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | ($323,875.02) |
| Dura LIFO Losses/(Gain)* Options | ($323,875.02) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 4/6/2021 | SO | -213 | GOTU May 21 2021 45.0 PUT | 15.2054 | -323875.02 |
| 5/18/2021 | Assignment | 50 | GOTU May 21 2021 45.0 PUT | 0 | 0 |
| 5/19/2021 | Assignment | 50 | GOTU May 21 2021 45.0 PUT | 0 | 0 |
| 5/21/2021 | Assignment | 113 | GOTU May 21 2021 45.0 PUT | 0 | 0 |

| Client Name | TCP Diversified Technology Fund |
|---|---|
| Company Name | Gaotu Techedu Inc. F/K/A Gsx Techedu Inc. |
| Ticker Symbol | GOTU |
| Security Type | |
| Class Period Start | 03-05-2021 |
| Class Period End | 07-23-2021 |
| 90-DAY Lookback Period Start | 07-24-2021 |
| 90-DAY Lookback Period End | 10-21-2021 |
| 90-DAY Lookback Average | $ 03.03 |

**SUMMARY OF FINANCIAL INTEREST - Stock**

| | |
|---|---|
| LIFO Loss Total | $893,971.14 |
| DURA LIFO* Total | $893,971.14 |
| Gross Shares Purchased | 21,300 |
| Net Shares Retained | 21,300 |
| Net Funds Expended | $958,500.00 |

**TCP Diversified Technology Fund**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-18-2021 | 5000 | 45 | $ 225,000.00 | | | | | | - | 5000 | 5000 | $ 03.03 | $ 15,147.62 | $ 209,852.38 | $ 209,852.38 |
| 05-19-2021 | 5000 | 45 | $ 225,000.00 | | | | | | - | 5000 | 5000 | $ 03.03 | $ 15,147.62 | $ 209,852.38 | $ 209,852.38 |
| 05-21-2021 | 11300 | 45 | $ 508,500.00 | | | | | | - | 11300 | 11300 | $ 03.03 | $ 34,233.62 | $ 474,266.38 | $ 474,266.38 |
| Total: | 21,300 | | $958,500.00 | | | | | | | 21,300 | 21,300 | | $64,528.86 | $893,971.14 | $893,971.14 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**SUMMARY OF FINANCIAL INTEREST**

**Stock & Options**

| | |
|---|---|
| LIFO/DURA LIFO* Loss Total Stock | $893,971.14 |
| LIFO/DURA LIFO* Total Options | ($323,875.02) |
| LIFO/DURA LIFO* Total - Stock + Options | $570,096.12 |