UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSHUA ZHANG, Individually and on behalf of all other similarly situated,

    Plaintiff,

v.

GAOTU TECHEDU INC. F/K/A GSX TECHEDU INC., XIANGDONG CHEN, and NAN SHEN,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22-cv-7966 (PKC) (CLP)

**DECLARATION OF ROBERT A. FUMERTON
IN SUPPORT OF DEFENDANT GAOTU TECHEDU INC.'S
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Gaotu Techedu Inc. ("Gaotu") in this action.

2. I respectfully submit this declaration in support of Defendant's Motion to Dismiss the Amended Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Lead Plaintiff's Amended Complaint (October 16, 2023) (ECF No. 31) |
| Exhibit B: | Gaotu (f/k/a GSX Techedu Inc.)'s Annual Report for the Fiscal Year Ended December 31, 2020 (April 26, 2021) |
| Exhibit C: | Gaotu's Amended Registration Statement on Form F-1 (May 24, 2019) |
| Exhibit D: | Gaotu's Annual Report for the Fiscal Year Ended December 31, 2019 (April 3, 2020) |
| Exhibit E: | *China Two Sessions: tightened regulation of 'chaotic' K-12 off-campus education market may spoil Big Tech's expansion*, South China Morning |

|            | Post (March 11, 2021) ("Mar. 11, 2021 South China Morning Post Article") |
|------------|---|
| Exhibit F: | Beijing Government Article on Beijing Party Secretary General Cai Qi's Meeting with Representatives of Educational Institutions on May 7, 2021 (May 8, 2021) ("May 7, 2021 Cai Qi Meeting Article") |
| Exhibit G: | *Beijing's concerns about overworked students upend the plans of China's edtech startups*, Fortune (May 31, 2021) |
| Exhibit H: | Press Release, *Gaotu Techedu Inc. Provides Update on New Regulations*, Gaotu (July 25, 2021) |
| Exhibit I: | Gaotu's Historical Stock Prices (March 5, 2021 – July 26, 2021), YAHOO! FINANCE, available at https://finance.yahoo.com/quote/GOTU/ |
| Exhibit J: | Gaotu's Q2 2021 Earnings Call Transcripts (September 22, 2021) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton