# Exhibit F



STATE OF NEW YORK    )
                                       )
                                       ) ss
                                       )
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached article "At the Discussion with Primary and Secondary School Principals and Off-Campus Training Institution Representatives in Xicheng District and Haidian District, Cai Qi Stressed Solid Promotion of 'Double Reduction' Work and Promotion of Comprehensive Development and Healthy Growth of Students, Chen Jining Participated in the Investigative and Research Discussion," dated May 8, 2021.

_____
Ethan Ly, Managing Editor
Lionbridge

Sworn to and subscribed before me this 21st day of March, 2024.

_____

LAURA E MUSICH
Notary Public - State of New York
NO. 01MU6386791
Qualified in Queens County
My Commission Expires Jan 28, 2027

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Case 1:22-cv-07966-PKC-CLP   Document 41-6   Filed 06/20/24   Page 3 of 7 PageID #: 1450

3/19/24, 9:16 PM          At the Discussion with Primary and Secondary School Principals and Off-Campus Training Institution Representatives in Xicheng District and Haidian District, Cai Qi Stressed Solid Promotion of "Double Reduction" Work and Promotion of Comprehensive Development and Healthy Growth of Students, Chen...



Log into Personal Center
Accessibility | Traditional/Simplified

Key News and Developments    Administrative News    Political Services    Policy Achievements    Government-Citizen Interaction    Human Interest and Culture

Administrative News > Leadership Activities

# At the Discussion with Primary and Secondary School Principals and Off-Campus Training Institution Representatives in Xicheng District and Haidian District, Cai Qi Stressed Solid Promotion of "Double Reduction" Work and Promotion of Comprehensive Development and Healthy Growth of Students, Chen Jining Participated in the Investigative and Research Discussion

Date: 05-08-2021 07:22    Source: Beijing Daily                    Font: Large Medium Small    Share:

Original title: At the Discussion with Primary and Secondary School Principals and Off-Campus Training Institution Representatives in Xicheng District and Haidian District, Cai Qi Stressed Solid Promotion of "Double Reduction" Work and Promotion of Comprehensive Development and Healthy Growth of Students, Chen Jining Participated in the Investigative and Research Discussion

On May 7, Secretary of the Beijing Municipal Party Committee Cai Qi went to Xicheng District and Haidian District to investigate and research the reduction of the burdens of homework and off-campus training for students in compulsory education, and held discussions with principals of primary and secondary schools and representatives of off-campus training institutions. He stressed that "double reduction" is an important matter relating to the health development of primary and secondary school students, and to the interests of the people. Beijing should take the lead in thoroughly implementing the party's educational directives, achieve the foundational tasks of instilling virtue in people, view "double reduction" as an important political task and do it well, adhere to quality education, deepen education reform, take multiple measures to improve the quality of education and teaching in schools, enrich the supply of after-school services, and strengthen the standardized management of off-campus training institutions. Education that satisfies the people should be properly administered, in turn promoting the comprehensive development and healthy growth of students. The deputy secretary of the party committee and Mayor Chen Jining also participated in the discussion.

Xicheng District Normal Affiliated Primary School mobilized nearly 300 teachers at the school to conduct after-school services in order to enrich the students' time spent after-school. The school set up 8 after-school care classes and clubs for softball, basketball, swimming, drawing, and astronomical technology. Cai Qi and Chen Jining inspected classroom instruction for sports education and music, as well as preparation by the teachers. Cai Qi affirmed the educational ideal of "make each day meaningful," and pointed out that school is a ladder in life. Educational quality and efficacy in the classroom should be elevated, and after-school activities should be enriched so that children can learn in happiness and grow in health in the schools. Zhongguancun Secondary School practices "the spirit of great people" and "academician culture," which inspires and educates students via the spiritually exemplary revolutionary vanguards and scientists. Cai Qi walked onto the sports field, the hall of wild animal specimens, the hall of geography, and the hall of academician epigraphs; and discussed curricular reform in the study room. He pointed out that teachers are the keys to comprehensive development of students in schools. Teachers should apply their hearts and feelings to teaching in ways needed by students, train the students in the innovative spirit and practical abilities; this would not only reduce burdens on students, but would enhance their sense of gain.

Then, Cai Qi held a discussion with principals of primary and secondary school teachers at Zhongguancun Secondary School, pointing out that "double reduction" needs to be promoted by both the government and society, so that strength can originate from both inside and outside the schools, while the key is inside the schools. There should be dedication to elevation of classroom education standards. The state curricular programs and standards in compulsory education should be implemented, classroom education should be regulated, and the overviews, objects, and progress should not be exceeded. In the first grade of primary school, education should "start from zero," and various types of examinations should be strictly managed. The instructional process should be optimized, instructional design should be regulated, and instructional research management should be strengthened, so that students can learn well and sufficiently during class.

Cai Qi emphasized that teachers are the foundation of educational establishment and the source of educational revitalization. Teachers should be guided to strictly conform with the baseline requirements of instructional ethics, persevere in the original intent of education, study the instructional materials and instructional methods, so that every class can be properly taught. Specialized qualities and actual educational performance should be accentuated, teacher cultivation and training systems should be improved, and job title and performance evaluation systems should be perfected. Teachers should receive attention and care so that they can devote themselves to teaching knowledge and students without worry. Principals are responsible for school administration and cultivation of people, need to closely keep up with the times, and need to wholeheartedly take hold of proper school development. The "three-thirty" after-school services need to be further optimized, general literacy-type courses need to be established and expanded, and physical education activities need to be organized to enrich the students' artistic and labor practice. Teaching resources and accommodations need to be properly organized for after-school service, and outstanding teachers should be selected to participate in after-school academic counseling to address questions.

Cai Qi stressed that promoting balanced development of compulsory education is the way to treat the underlying issues. It is necessary to deepen school district system reform and collectivized school administration, increase the sharing of educational research resources and online curricular resources, and promote the integrated development of urban and rural primary and secondary schools. "Hand-in-hand" parings should be implemented to promote the mutual construction and sharing of excellent educational resources between schools. Key reforms such as meeting student quotas at schools and joint recruitment by public and private schools should continue to ensure the fair competition and positive development of various types of schools. Families, schools, government, and society are all responsible for the proper conduct of education. The cooperation between families and schools needs to be strengthened, and family-school cooperative mechanisms need to be perfected to guide parents in establishing correct views of childrearing and talent creation, in turn reducing the parental anxiety for falling behind at the beginning, and enabling even healthier development of children.

During the discussion with off-campus training institution representatives, Cai Qi pointed out that off-campus training has played its role in meeting diverse educational needs and promoting the integration of technology and education, but it also has to deeply recognize its own problems. Although off-campus training is an enterprise-run education, the original intention should be consistent with that of public schools, which is to implement the party's education policy, adhere to the public welfare attributes of education, and become a useful supplement to socialist education. It is necessary to strengthen curriculum construction, focus on cultivating and expanding interests, and give full play to the advantages of technology, in order to provide students with specialized and differentiated education and training. Teachers should resolutely prevent advanced training, so as to avoid causing excessive pressure on students and harming physical and mental health. Strengthen supervision of online education, and implement the same standards as offline in terms of teacher qualifications, fund supervision, use of contracts, course content, and resolutely prevent barbaric growth. The participating enterprises are required to play a leading role and strengthen industry self-discipline.

Case 1:22-cv-07966-PKC-CLP   Document 41-6   Filed 06/20/24   Page 4 of 7 PageID #: 1451

3/19/24, 9:16 PM       At the Discussion with Primary and Secondary School Principals and Off-Campus Training Institution Representatives in Xicheng District and Haidian District, Cai Qi Stressed Solid Promotion of "Double Reduction" Work and Promotion of Comprehensive Development and Healthy Growth of Students, Chen...

  Cai Qi emphasized that it is necessary to strictly control the qualifications of teachers, strengthen the construction of teachers' ethics, optimize the training and assessment standards, and guide teachers to focus on the long-term growth of students, rather than the short-term grade improvement effect. Unqualified teachers shall not be employed. It is necessary to standardize marketing behaviors such as educational advertising, and strengthen the management of fees and prepayments. Party organization and building should be strengthened for off-campus training institutions, party-building and construction should be the focus, in order to strengthen the orientation toward cooperative cultivation and virtue nurturing of students. Healthy industrial development should be promoted by strengthening regulatory management of off-campus training institutions.

  Chen Jining pointed out that it is necessary to comprehensively and thoroughly implement the party's educational directives, deepen education reform, and solidly promote the work of "double reduction," and continue to increase the quality of education and instruction. The function of schools as the main base for education should be strengthened, deepening research and accurately taking hold of educational rhythms and features of student development to further improve the comprehensive quality of student development. There should be in-depth discovery and manifestation of the core of education, and correct worldviews, outlooks, and values should be instilled in students via education and practical activities of various forms, so as to nurture good virtues of honesty, self-esteem, optimism, and advancement and abilities such as mutual respect, teamwork and cooperation, good communication, and scientific innovation, in order to cultivate socialist builders and successors who have received comprehensive virtuous, intelligent, physical, aesthetic, and labor development. There should be close adherence to the foundational task of promoting virtue and development in students in the reform of how education and instruction are evaluated, improving long-term and multidimensional tracking, assessment, and feedback; there should be targeted optimization and configuration of educational content, deepening of collaborative family-school interaction, building consensus in education, relieving burdens, reducing anxieties, to provide opportunities and platforms for the healthy development, realization of potential, and diversified development of students. Healthy industrial development should be driven by the diligent implementation of relevant policy requirements, strengthening regulatory management of off-campus training institutions.

  The primary and secondary school principals and representatives who participated in the discussion were from Dongcheng District Peixin Primary School, Beijing Eighth Secondary School, Chaoyang District Hujialou Center Primary School, Beijing No. 101 Secondary School, Tongzhou District Liyuan School, and Changping District Tiantongyuan Primary School. The off-campus training institution representatives were from TAL Education Group, New Oriental Education, Yuanfudao, Zuoyebang, Youdao, Gaotu Techedu, VIPKID, and Onion Academy.

  Municipal leaders Yin Yong, Zhang Jiaming, and Xia Linmao also participated. (Qi Mengzhu, Gao Zhi)

[QR code]

Chinese government web and State Council department websites | Provincial (district and municipal) government websites | Municipal government department websites | Various district government websites | News media websites

| [image] Related to Party Politics | [image] Find Errors in Government Website | | | | |
|---|---|---|---|---|---|
| | | About Us | Sitemap | Customer service email: service@beijing.gov.cn | [QR code] WeChat public account |
| | | Suggestions | Legal Disclaimer | Service hotline: 12345 | |
| | | | | About risk prevention of phishing websites | |

Sponsor: Beijing Municipal People's Government General Office    Provider: Beijing Municipal Government Affairs Service Administration, Beijing Municipal Bureau of Economy and Information Technology    Government website identification code: 1100000088    JGWAB 11010502039640 Beijing ICP Filing

 

登录个人中心
无障碍 繁体/简体

要闻动态　　政务公开　　政务服务　　政策兑现　　政民互动　　人文北

政务公开 > 领导活动

# 蔡奇到西城区海淀区调研并分别与中小学校长和校外培训机构代表座谈时强调 扎实推进"双减"工作 促进学生全面发展和健康成长 陈吉宁一同调研座谈

日期：2021-05-08 07:22　来源：北京日报　　　　　　　字号：　大　中　小　　分享：

原标题：蔡奇到西城区海淀区调研并分别与中小学校长和校外培训机构代表座谈时强调 扎实推进"双减"工作 促进学生全面发展和健康成长 陈吉宁一同调研座谈

　　5月7日，市委书记蔡奇围绕减轻义务教育阶段学生作业负担和校外培训负担到西城区、海淀区调查研究，并分别与中小学校长、校外培训机构代表座谈。他强调，"双减"事关中小学生健康成长，事关人民群众切身利益。北京要带头贯彻党的教育方针，落实立德树人根本任务，把"双减"作为一项重要政治任务抓紧抓好，坚持素质教育，深化教育改革，多措并举提升校内教育教学质量，丰富课后服务供给，加强校外培训机构规范管理，办好让人民满意的教育，促进学生全面发展和健康成长。市委副书记、市长陈吉宁一同调研座谈。

　　西城区师范学校附属小学为丰富学生课后生活，动员全校近300名教师开展课后服务，开设8个托管班和垒球、篮球、游泳、书画、天文科技等社团。蔡奇、陈吉宁察看体育、音乐等课堂教学和教师备课情况。蔡奇对"使每一天都有意义"的教学理念表示肯定，指出，学校是人生的阶梯。要提高课堂教学质量和效果，丰富课后活动内容，让孩子们在校园里快乐学习、健康成长。中关村中学践行"伟人精神"和"院士文化"，用革命先辈和科学家们的精神风范激励教育学生。蔡奇走进操场、野生动物标本馆、地理馆、院士题词馆，在研修室与老师们探讨课程改革，指出，学生在校全面发展，老师是关键。要用心用情、因材施教，培养学生创新精神和实践能力，既为孩子们减负，又增强获得感。

　　随后，蔡奇在中关村中学与中小学校长代表座谈，指出，"双减"需要政府和社会共同推动，校内校外双向发力，关键在校内。要着力提高课堂教学水平。落实国家义务教育课程方案和课程标准，规范课堂教学，不超纲、不超标、不超进度。小学一年级做到"零起点"教学，各类考试要严格管理。优化教学过程，规范教学设计，加强教研管理，让学生在课内学得好、学得足。

　　蔡奇强调，教师是立教之本、兴教之源。要引导教师严守师德底线要求，坚持教育初心，钻研教材，研究教法，上好每一堂课。突出专业素养和教学实绩，健全教师培养培训体系，完善职称和考核评价制度。关心关爱教师，让他们心无旁骛地投入到教书育人之中。校长负有办校育人之责，要紧跟时代步伐，一心一意抓好学校发展。要进一步优化"三点半"课后服务，开设拓展综合素质类课程，组织体育活动，丰富学生艺术和劳动实践。统筹课后服务师资配备，选拔优秀教师参加课后学业答疑辅导。

　　蔡奇强调，推动义务教育均衡发展是治本之策。要深化学区制改革和集团化办学，加大教研资源和在线课程资源共享力度，促进城乡中小学一体化发展。实施"手拉手"结对，促进优质教育资源校际间共建共享。继续抓好校额到校、公民同招等重点改革，确保各类学校公平竞争、良性发展。办好教育，家庭、学校、政府、社会都有责任。要加强家校协同，完善家校合作机制，引导家长树立正确的育儿观、成才观，减轻家长对不输在起跑线上的焦虑，让孩子更加健康成长。

　　蔡奇在与校外培训机构代表座谈时指出，校外培训在满足多样化教育需求、促进科技与教育融合等方面发挥了应有作用，但也要深刻认识到自身存在问题。校外培训尽管是企业办教育，但初心与公立学校应该是一致的，就是贯彻党的教育方针，坚持教育的公益属性，成为社会主义教育的有益补充。要加强课程建设，着力在兴趣上培养拓展，发挥技术等方面优势，为学生提供特色化、差异化教育培训。坚决防止超前超纲培训，避免给学生造成过大压力，伤害身心健康。强化线上教育监管，在教师资格、资金监管、合同使用、课程内容等方面与线下执行同一标准，坚决防止野蛮生长。要发挥头部企业作用，加强行业自律。

蔡奇强调，要严把教师资格关，加强师风师德建设，优化培训考核标准，引导教师把关注点放在学生长期成长、而不是短期提分效果上。不得聘用无资质教师。规范教育广告等营销行为，强化收费和预付费管理。加强校外培训机构党组织建设，坚持党建引领，强化协同育人、立德树人导向。通过加强校外培训机构规范管理，促进行业健康发展。

陈吉宁指出，要全面贯彻党的教育方针，深化教育改革，扎实推进"双减"工作，持续提高教育教学质量。要强化学校育人主阵地作用，深化研究、准确把握教育规律和学生成长特点，进一步提高学生全面培养质量。要深入挖掘和体现教育内涵，通过形式多样的教育、实践活动，塑造学生正确的世界观、人生观、价值观，涵养诚实、自信、乐观、向上等良好品德和互相尊重、团结合作、善于沟通、科学创新等能力素质，着力培养德智体美劳全面发展的社会主义建设者和接班人。要紧紧围绕立德树人这一根本任务，改革教育教学评价方式，加强长期、多维度的跟踪测评和情况反馈，有针对性优化设置教育内容，深化家校联动，凝聚教育共识，减轻负担、减少焦虑，为学生健康成长、释放潜能、多样化发展提供机会和平台。要认真落实有关政策要求，加强校外培训规范管理，推动行业健康发展。

参加座谈会的中小学校长代表来自东城区培新小学、北京市第八中学、朝阳区呼家楼中心小学、北京一零一中学、通州区梨园学校、昌平区天通苑小学，校外培训机构代表有好未来教育集团、新东方集团、猿辅导、作业帮、网易有道、高途课堂、VIPKID、洋葱学院。

市领导殷勇、张家明、夏林茂参加。(祁梦竹 高枝)



| 中国政府网及国务院部门网站 | | 省（区市）政府网站 | | 市级政府部门网站 | | 各区政府网站 | | 新闻媒体网站 |



| 关于我们 | 站点地图 | 客服信箱：service@beijing.gov.cn |  |
| 建议意见 | 法律声明 | 市民服务热线：12345 | |
| | | 关于防范仿冒网站风险的提示 | 微信公众号 |

主办：北京市人民政府办公厅　　承办：北京市政务服务管理局、北京市经济和信息化局　　政府网站标识码：1100000088 京公网安备 11010502039640 京ICP备