# Exhibit I

**Gaotu ADS Price between March 5 – July 26, 2021**

