UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSHUA ZHANG, Individually and On Behalf :
of All Others Similarly Situated,
                                 :

                     Plaintiff,    :

                  :

           v.                  :          22-cv-7966 (PKC) (CLP)

                  :

GAOTU TECHEDU INC. F/K/A GSX    :
TECHEDU INC., XIANGDONG CHEN and  :
NAN SHEN,                         :

                  :

              Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### INDIVIDUAL DEFENDANTS' JOINDER
### IN GAOTU'S PENDING MOTION TO DISMISS

Defendants Xiangdong Chen and Nan Shen (the "Individual Defendants"), through their undersigned counsel, hereby join in Defendant Gaotu Techedu Inc.'s ("Gaotu") pending Motion to Dismiss ("Motion"), and all papers in support thereof, to be filed once fully briefed as per the Court's Order entered on January 23, 2024.  At the time the Motion was made, service of summons upon the Individual Defendants had yet to be returned executed (ECF Nos. 36-37).  The Individual Defendants timely submit this joinder.

For the same reasons stated in Gaotu's Motion papers, the Individual Defendants respectfully move the Court, pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(b)(2), for an Order dismissing the Amended Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       June 20, 2024

Respectfully submitted,


 /s/ Robert A. Fumerton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
Judith A. Flumenbaum
One Manhattan West
New York, New York 10001
Phone:  (212) 735-3000
Fax:    (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

*Counsel for Defendants Gaotu Techedu Inc.,*
* Xiangdong Chen and Nan Shen*

2