


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

March 6, 2025

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *TCP Diversified Technology Fund v. Gaotu Techedu Inc. et al.*, 1:22-cv-07966

Dear Judge Pollak:

      Pursuant to the Court's Order dated February 6, 2025, Lead Plaintiff TCP Diversified Technology Fund ("Plaintiff") and Defendants Gaotu Techedu Inc., Xiangdong Chen and Nan Shen ("Defendants") jointly write to inform the Court that the parties have conferred and scheduled a Rule 26(f) conference for March 12, 2025, which will allow sufficient time to complete the necessary Report of Rule 26(f) Planning Meeting and Initial Conference Questionnaire in advance of the Initial Conference scheduled for May 6, 2025. *See* Dkt. No. 53.

Cheryl L. Pollak
March 6, 2025
Page 2

Dated: New York, New York
       March 6, 2025

| | |
|---|---|
| */s/  Adam M. Apton* | */s/  Robert A. Fumerton* |
| Adam M. Apton | Scott D. Musoff |
| **LEVI & KORSINSKY, LLP** | Robert A. Fumerton |
| 33 Whitehall Street, 17th Floor | Michael C. Griffin |
| New York, New York 10004 | Judith A. Flumenbaum |
| Tel:  (212) 363-7500 | **SKADDEN, ARPS, SLATE,** |
| Fax:  (212) 363-7171 | **  MEAGHER & FLOM LLP** |
| aapton@zlk.com | One Manhattan West |
| | New York, New York 10001 |
| *Lead Counsel for Lead Plaintiff* | Telephone:  (212) 735-3000 |
| *and Lead Counsel for the Class* | Facsimile:  (917) 735-2000 |
| | scott.musoff@skadden.com |
| Phillip Kim | robert.fumerton@skadden.com |
| Yu Shi | michael.griffin@skadden.com |
| Jing Chen | judy.flumenbaum@skadden.com |
| **THE ROSEN LAW FIRM, P.A.** | |
| 275 Madison Avenue, 40th Floor | *Counsel for Defendants Gaotu Techedu* |
| New York, New York 10016 | *Inc., Xiangdong Chen and Nan Shen* |
| Tel:  (212) 686-1060 | |
| Fax:  (212) 202-3827 | |
| pkim@rosenlegal.com | |
| yshi@rosenlegal.com | |
| jchen@rosenlegal.com | |
| | |
| *Additional Counsel for Plaintiffs* | |
| *and the Class* | |