# Exhibit I

**Archived:** Monday, September 8, 2025 5:51:59 PM

**From:** Mao, Chris

**To:** 'Adam M Apton'

**Cc:** Azlyne Zheng 'pkim@rosenlegal.com' 'Yu Shi' 'Jing Chen' Griffin, Michael C (NYC) Flumenbaum, Judy A (NYC)

**Subject:** RE: [Ext] RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Obje

**Importance:** Normal

**Sensitivity:** None

---

Adam –

Plaintiffs' proposal is inconsistent with the Protective Order and Plaintiffs' discovery obligations. The personal beliefs of Plaintiffs' investigator are no basis on which to withhold or restrict access to the names and contact information of FE2 or the investigator. We also still have not received any update on FE1 or FE3. Notably, just two weeks ago, you stated that Plaintiffs expected to produce the FE information. We believe the parties are at impasse and intend to raise Plaintiffs' refusal to provide the names and last known contact information for FE1, FE2, and FE3, and the name of Plaintiffs' PRC investigator, to the Court today.

We reserve all rights.

**Christopher (Chris) H. Mao**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685 | F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Friday, September 5, 2025 3:17 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objec...

Chris,

We are requesting AEO treatment for the CW information because the investigator expressed fear that he and the CWs may face repercussions from PRC authorities and the company. Same reason for withholding the name of the investigator. Note, regarding the investigator, if we have an agreement, we are willing to provide it to you but just with the name redacted.

Providing a log "in advance" of the depositions is too loose. We need deadlines and a lot more visibility into what is going on right now (in terms of the PRC review process).

We hoped to have a call with you this week but it seems like you guys were a bit busy. If you want to have a call on Monday before the letters are filed, let us know what time(s) work for you.

Adam M. Apton, Esq.

Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

---

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Thursday, September 4, 2025 6:44 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plai

Adam –

First, what is your basis for deeming the name of FE2 as Attorneys' Eyes Only and restricting access to U.S.-based outside counsel? The Protective Order limits AEO material to trade secrets and personal information about minors. Even then, the Protective Order does not restrict access to only U.S.-based outside counsel. Indeed, it expressly allows AEO material to be shared with the Company's in-house counsel and with any Skadden attorneys.

Second, please let us know the status of FE1 and FE3.

Third, you state that you "are not authorized to provide the name of our investigator firm." Whose "authorization" are you lacking and what is your basis for such authorization being required?

Fourth, as to your August 28 letter, it is both incomplete and inaccurate. But in the interest of moving forward we will limit our response here to the remaining open issues:

- PRC Law Firm Review
  - We agree to provide a log to Plaintiffs in advance of depositions, as you requested, and to notify you when the Company or its PRC counsel submits documents to the relevant PRC authorities.
- Proposed Search Terms
  - Pending resolution of our dispute as to the Relevant Time Period, we agree to run your proposed search terms.
- Custodians
  - You requested "additional custodians from operations, strategy, marketing, human resources, and government relations."
  - Junhao Liu is the Company's Marketing Director and held that same role during the proposed Class Period.
  - Xiaolong Yang was formerly the Company's Senior Employee Relations Lead during the proposed Class Period.
  - The Company did not have a "government relations" department during the Class Period. Lulu Huang was the only

employee designated to handle government affairs and reported directly to Defendant Chen.

- Thus, the Company proposes the following custodians: Xiangdong Chen; Nan Shen; Lulu Huang; Zhao Lu; Junhao Liu; and Xiaolong Yang.

- Personal Devices
  - The Company confirmed that its current employees—Chen, Shen, Huang, Lu, and Liu—did not use a personal device for work-related purposes outside of the company-issued laptop. The Company is not able to confirm for Yang because he no longer works for the Company.

- Irefresh Transactions
  - Defendant Chen has no documents responsive to RFP 17.

Finally, regarding the letters to Judge Pollak, we're fine following her normal individual rules but think it makes more sense for each side to submit one omnibus letter with any issues it wants to raise, rather than separate letters for each issue. This would be followed by omnibus opposition and reply letters.

We reserve all rights.

**Christopher (Chris) H. Mao**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685** | **F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Thursday, September 4, 2025 5:27 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plain...

Chris, Any update here? Some information as to where things stand would be helpful in terms of planning for the next couple days and the September 8 deadline. Thanks.

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com|www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Wednesday, September 3, 2025 6:23 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discov

Adam – we are conferring with our client, who as you know is in China, 12 hours ahead. We will endeavor to get back to you tomorrow.

**Christopher (Chris) H. Mao**
*Associate*
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685 | F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Wednesday, September 3, 2025 5:59 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discove...

Chris, Are you planning on getting back to us with a time to speak?

Adam M. Apton

Levi & Korsinsky, LLP

-------- Original message --------

From: Adam M Apton <aapton@zlk.com>

Date: 9/3/25 11:21 AM (GMT-05:00)

To: "Mao, Chris" <Christopher.Mao@skadden.com>

Cc: Azlyne Zheng <azheng@zlk.com>, "'pkim@rosenlegal.com'" <pkim@rosenlegal.com>, 'Yu Shi' <yushi@rosenlegal.com>, 'Jing Chen' <jchen@rosenlegal.com>, "Griffin, Michael C" <Michael.Griffin@skadden.com>, "Flumenbaum, Judy A" <Judy.Flumenbaum@skadden.com>

Subject: RE: [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Reques

Chris,

We are prepared to provide you with the names of our CWs but need confirmation from defendants first that they will be given "Attorneys' Eyes Only" status (more specifically, Skadden US AEO with no disclosure to anyone outside of your immediate US-based team). If we can receive written confirmation on that confidentiality designation, then let's please have a call so we can provide you with FE2's name and give you an update on the status of FE1 and FE3.

We are not authorized to provide the name of our investigator firm. But if any agreements exist with the firm, we will produce them in redacted form.

We will agree to produce the agreement between Levi & Korsinsky and the Rosen Law Firm.

Regarding exchange of drafts, we do not believe joint letters are required by Judge Pollak's order. Instead, we understand her order to mean that we should file any letter(s) on 9/8 and then respond accordingly pursuant to her standing orders/rules. So we (plaintiffs) would be filing three letters on 9/8 (re time period, interrogatory no. 4, and the PRC review/schedule) with you (defendants) responding five business days later (9/15) and us filing a reply three business days after that (9/18). **Note, we still need confirmation from defendants on the items listed in my 8/28 letter (reattached here) regarding search terms, searching personal devices, and Mr. Chen's Irefresh transactions.

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com|www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

---

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Wednesday, September 3, 2025 9:55 AM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Adam –

Following up on the below – please let us know when we can expect a draft of Plaintiffs' positions, and whether you agree to limiting the letter to 4 pages per side.

Since we have not received any information about the CWs, the investigative firm, or the agreements, we will plan to draft positions on those issues as well.

**Christopher (Chris) H. Mao**
Associate

**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.3685 | F: +1.917.777.3685
christopher.mao@skadden.com
*pronouns: He/Him/His*

---

**From:** Mao, Chris (NYC)
**Sent:** Thursday, August 28, 2025 10:00 PM
**To:** 'Adam M Apton' <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** RE: [Ext] RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Thanks Adam – we are still working on providing responses to the items from our meet and confer.

Regarding our upcoming letter to Magistrate Judge Pollakon September 8–

As you state in your letter, it appears the parties are at an impasse on at least two issues: (1) the Relevant Time Period, and (2) Interrogatory No. 4. We think it also makes sense to include discussion of Plaintiffs' belief that an extension of the discovery schedule is required. We also reserve our right to include the following issues, pending responses from Plaintiffs this week: (1) names and contact information of the CWs, as well as the name of their investigative firm, and (2) RFP No. 27 (TCP) and RFP No. 25 (Jun Ye) – specifically, the production of agreements between co-counsel and agreements with Plaintiffs' investigative firm.

Could Plaintiffs provide a draft of their positions bynext Wednesday, September 3 at 5 PM? If so, Defendants can return the draft with their positions bySunday, September 7 at 5 PM. We suggest limiting the letter to 4 pages per side.

Thanks.

**Christopher (Chris) H. Mao**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.3685 | F: +1.917.777.3685
christopher.mao@skadden.com
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Thursday, August 28, 2025 5:03 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Chris,

Please see the attached letter concerning our ongoing meet/confer. If you are able, we can generally meet tomorrow anytime from 12-4pm. Alternatively, we can speak early next week too.

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

---

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Thursday, August 21, 2025 2:58 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]RE: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Adam –

We are available to speak tomorrow afternoon any time between 1 PM and 3 PM.

Please also let us know when we can expect a response regarding Plaintiffs' CWs – you last stated on July 31st that you had spoken with your investigator and were preparing a response, but we have yet to receive any correspondence on the issue since.

Thanks.

**Christopher (Chris) H. Mao**
*Associate*
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685** | **F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Wednesday, August 20, 2025 4:45 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] Re: [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Chris, See attached correspondence. Please let us know your availability for a call this week. -Adam

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKYLLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

\cbpat8

---

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Friday, August 15, 2025 2:06 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com <pkim@rosenlegal.com>; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Adam –

We are in receipt of your letters. We disagree with Plaintiffs' position as to the Relevant Time Period for this case. In an effort to compromise, Defendants propose a Relevant Time Period spanning from January 1, 2021 to September 30, 2021.

For your letter referencing our meet and confer, we respond as follows:

- General Objections

  - The PRC law firm conducting the review is Fangda Partners. We cannot yet provide an expected timeline for the review to be completed, but state that no documents can be produced from the PRC until they have been submitted to the relevant PRC government agency for review and approval, including any redactions required to comply with PRC data and privacy laws.
  - We are consulting with local PRC counsel regarding providing a log substantially in advance of conducting depositions.

- Specific Objections and Responses

  - Gaotu will not supplement its response to Plaintiffs' Interrogatory No. 4. These meetings did not pertain to the DRR, but ongoing compliance matters with existing regulations and laws. Additionally, note-taking was expressly prohibited at these meetings, and no minutes or notes were created.
  - Defendants will supplement their responses to Plaintiffs' interrogatories regarding Gaotu's business changes in response to the DRR.
  - Defendants will provide verifications for their responses to Plaintiffs' interrogatories.
  - Defendants agree to collect the following documents referenced in your letter, to the extent they exist, with the understanding that Plaintiffs will produce search terms for Request No. 1, "Documents related to" for Request No. 22, and "Documents concerning" for Request No. 45:

- ■ Gaotu's corporate or managerial organization charts (Request No. 21)
- ■ Indemnification agreements related to this action (Request No. 25)
- ■ Gaotu's internal policy, processes and procedures for drafting, revising, and disseminating public statements to investors (Request No. 45)

- Defendants will search the individual defendants' laptops for work-related materials.

Please also find attached our comments and edits to your proposed search terms, addressing searches that were facially overbroad.

Thanks.

**Christopher (Chris) H. Mao**
*Associate*
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685 | F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Thursday, July 31, 2025 4:02 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Chris and Judy,

Attached please find the two letters we discussed during our meet/confer last week. One confirms our discussions regarding Defendants' responses to Plaintiffs' discovery demands while the other is a draft of what we intend to send in support of our request for the pre-motion conference on the relevant time period issue.

In addition, we have spoken with our investigator concerning the CWs and are preparing a response to you on that issue.

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

---

**From:** Mao, Chris <Christopher.Mao@skadden.com>

**Sent:** Wednesday, July 23, 2025 3:05 PM
**To:** Adam M Apton <aapton@zlk.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]Re: [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Thanks Adam —

10 AM tomorrow works for us. Are you available for an hour until 11 AM to also cover Plaintiffs' R&Os to our requests as well, or would you prefer a separate call later this week to discuss? Thanks.

**Christopher (Chris) H. Mao**

Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.3685|F: +1.917.777.3685
christopher.mao@skadden.com
*pronouns: He/Him/His*

> On Jul 23, 2025, at 14:23, Adam M Apton <aapton@zlk.com> wrote:
>
>
>
> Chris, Again my apologies to you and your team. I had a 1:30pm call that went much longer than expected. Would 10am tomorrow morning work?
>
> Adam M. Apton, Esq.
> Partner
>
> \cbpat8LEVI&KORSINSKY LLP
>
> \cbpat833 Whitehall Street, 27th Floor
> New York, NY 10004
> Tel.: (212) 363-7500
> Fax: (212) 363-7171
> aapton@zlk.com|www.zlk.com
>
> \cbpat8
>
> \cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

> **From:** Mao, Chris <Christopher.Mao@skadden.com>
> **Sent:** Wednesday, July 23, 2025 2:02 PM
> **To:** Adam M Apton <aapton@zlk.com>
> **Cc:** pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
> **Subject:** [External]Re: [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests
>
> Adam —

We're unavailable after 2:30PM, but will double check internally about times later this afternoon.

What times are you available tomorrow?

**Christopher (Chris) H. Mao**

**Associate**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.3685|F: +1.917.777.3685
christopher.mao@skadden.com
*pronouns: He/Him/His*

On Jul 23, 2025, at 13:58, Adam M Apton <aapton@zlk.com> wrote:

Chris, I'm sorry but I need to push back our meeting. Are you firmly unavailable after 2:30?

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com|www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Wednesday, July 23, 2025 1:33 PM
**To:** Adam M Apton <aapton@zlk.com>; pkim@rosenlegal.com; Yu Shi <yushi@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>
**Cc:** Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Subject:** [External]Re: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Adam — could you please also send a dial-in number for our meeting today? Thanks.

**Christopher (Chris) H. Mao**

**Associate**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
T: +1.212.735.3685|F: +1.917.777.3685
christopher.mao@skadden.com
*pronouns: He/Him/His*

On Jul 22, 2025, at 13:09, Mao, Chris (NYC) <Christopher.Mao@skadden.com>

wrote:

2 pm tomorrow works for us – thanks, Adam.

**Christopher (Chris) H. Mao**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685** | **F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Tuesday, July 22, 2025 12:57 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>
**Cc:** Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>; Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Chris, Can we please speak at 2pm? I can send a Teams invite if that works.

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

---

**From:** Mao, Chris <Christopher.Mao@skadden.com>
**Sent:** Monday, July 21, 2025 8:58 PM
**To:** Adam M Apton <aapton@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Fumerton, Robert A <Robert.Fumerton@skadden.com>; Griffin, Michael C

<Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>

**Subject:** [External]RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Thanks Adam –

We're available to discuss this Wednesday, July 23rd any time between 12 and 2:30 PM. Thanks.

**Christopher (Chris) H. Mao**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
**T: +1.212.735.3685** | **F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Wednesday, July 16, 2025 11:57 AM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>
**Cc:** Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>; Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Subject:** [Ext] RE: [External]TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Defendants' Responses and Objections to Plaintiffs' Discovery Requests

Counsel,

Please see the attached correspondence concerning Defendants' responses and objections to Plaintiffs' discovery demands. We would like to schedule a time to discuss next week.

Regards,

Adam M. Apton, Esq.
Partner

\cbpat8LEVI&KORSINSKY LLP

\cbpat833 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

\cbpat8

\cbpat8CONFIDENTIALITY NOTE:This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure.This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.If you are not

the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

========================================================================================

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

========================================================================================

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

========================================================================================

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and

any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================