# Exhibit B

## Mao, Chris (NYC)

---

**From:**  Mao, Chris (NYC)
**Sent:**  Tuesday, November 11, 2025 9:45 AM
**To:**  'Adam M Apton'
**Cc:**  Azlyne Zheng; 'pkim@rosenlegal.com'; 'Yu Shi'; 'Jing Chen'; Griffin, Michael C (NYC); Flumenbaum, Judy A (NYC); Musoff, Scott D (NYC); Fumerton, Robert A (NYC)
**Subject:**  RE: [Ext] RE: TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Plaintiffs' Third Set of Interrogatories

Thanks Adam –

Could you please provide us with more detail as to how you "recovered" the name of FE 1, and if you recovered any other information as well?  We also reject your offer to provide FE 1 and FE 2's identity subject to an Attorneys' Eyes Only designation limited to US-based counsel.  As we've previously explained to you and to the Court, there is no basis for such a restriction.

We will disregard Interrogatory No. 11.  We will not be modifying our pre-motion conference request letter.

Defendants reserve all rights.

**Christopher (Chris) H. Mao**
*Associate*
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3685** | **F: +1.917.777.3685**
**christopher.mao@skadden.com**
*pronouns: He/Him/His*

---

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Thursday, November 6, 2025 3:08 PM
**To:** Mao, Chris (NYC) <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>; Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>; Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>
**Subject:** [Ext] RE: TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Plaintiffs' Third Set of Interrogatories

Chris,

Last night we successfully recovered the name and contact information for "FE1". Plaintiffs remain ready, willing and able to provide Defendants with the identity of FE1 and FE2 subject to an Attorneys' Eyes Only designation (limited to Defendants' US-based counsel).

Given this update, 1) please disregard Interrogatory No. 11 served earlier this week and 2) advise us if Defendants wish to modify the premotion letter they filed with the court (Dkt. No. 73).

Adam M. Apton, Esq.
Partner
LEVI&KORSINSKYLLP

1

33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Tuesday, November 4, 2025 2:17 PM
**To:** Mao, Chris <Christopher.Mao@skadden.com>
**Cc:** Azlyne Zheng <azheng@zlk.com>; 'pkim@rosenlegal.com' <pkim@rosenlegal.com>; 'Yu Shi' <yushi@rosenlegal.com>; 'Jing Chen' <jchen@rosenlegal.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>; scott.musoff@skadden.com; Fumerton, Robert A <robert.fumerton@skadden.com>
**Subject:** TCP Diversified Technology Fund v. Gaotu Techedu, et al., No. 22-cv-7966 - Plaintiffs' Third Set of Interrogatories

Counsel,


Attached please find an additional narrow set of interrogatories to Gaotu. We are serving these interrogatories in hopes of resolving the open issue concerning the identities of the confidential witnesses (FE1 and FE3). The sooner you can provide information, the sooner we can confer further with our investigator (ie, please feel free to respond earlier than the 30-day deadline indicated).

Please let us know if you have any questions.



Adam M. Apton, Esq.
Partner

LEVI&KORSINSKYLLP

33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com


CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.